UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

IN RE:                                                                    CASE NO.: 16-17620-EPK

RONALD KATZ                                                      In proceedings under Chapter 11

     Debtor.
_____/

### DEBTOR'S APPLICATION FOR EMPLOYMENT OF
### SUSAN D. LASKY AS COUNSEL FOR DEBTOR NUNC PRO TUNC

RONALD KATZ, (the "Debtor"), respectfully request an order of the Court authorizing the employment of Susan D. Lasky of the law firm of Susan D. Lasky, PA to represent the debtor in this case *nunc pro tunc* to May 27, 2016 and states:

1. On May 27, 2016, (the "Petition Date") the Debtor filed a voluntary petition under Chapter 11, Title 11 of the United States Code.

2. The Debtor desire to employ Susan D. Lasky of the law firm of Susan D. Lasky, PA as attorney(s) in this case *nunc pro tunc* to the Petition Date.

3. The Debtor believes that the attorney is qualified to practice in the Bankruptcy Court and is qualified to advise the Debtor on his relations with, and responsibilities to, the creditors and other interested parties.

4. The professional services the attorney will render are summarized as follows:

(a) To give advice to the Debtor with respect to his powers and duties as Debtor and the continued management of his financial affairs;

(b) To advise the Debtor with respect to his responsibility in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the rules of the court;

(c) To prepare motions, pleadings, orders, applications, adversary proceedings, and other

legal documents necessary in the administration of the case;

    (d)  To protect the interest of the Debtors in all matters pending before the court;

    (e)  To represent the Debtors in negotiation with their creditors in the preparation of a Plan.

    5.  To the best of the Debtor's knowledge, neither said attorney nor said law firm have any connection with the creditors or other parties in interest or their respective attorneys. Neither said attorney nor said law firm represent any interest adverse to the Debtor.

    6.  Attached to this Motion is the proposed attorney's Affidavit demonstrating Susan D. Lasky and Susan D. Lasky, PA are disinterested as required by 11 U.S.C. § 327(a), and a verified statement as required under FRBP 2014.

    WHEREFORE, the Debtor respectfully requests an Order authorizing retention of Susan D. Lasky and Susan D. Lasky, PA on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

Dated: June 14, 2016

                                    *s/Ronald Katz*

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by electronic mail to the Office of the United States Trustee and to the attached list by electronic mail on this 14th day of June, 2016 and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 (A).

                              SUSAN D. LASKY, PA
                              Attorneys for Debtors
                              915 Middle River Dr Suite 420
                              Ft Lauderdale, Fl 33304
                              954-400-7474 954-206-0628 fax
                              Sue@SueLasky.com

BY: *Susan Lasky*
                              SUSAN D. LASKY, ESQ.
                              Florida Bar No.: 451096

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

IN RE:                                                          CASE NO.: 16-17620-EPK

RONALD KATZ                                           In proceedings under Chapter 11

    Debtor.
_____/

### AFFIDAVIT OF PROPOSED ATTORNEY FOR DEBTOR-IN-POSSESSION

STATE OF FLORIDA         )
                         ) ss
COUNTY OF BROWARD        )

SUSAN D. LASKY, being duly sworn, says:

1. I am an attorney admitted to practice in the State of Florida and the United States District Court for the Southern District of Florida and the U.S. Bankruptcy Court for the Southern District of Florida.

2. I am employed by the law firm of Susan D. Lasky, PA, with my office located at 915 Middle River Drive, Suite 420, Fort Lauderdale, FL 33304.

3. Neither I nor the firm represent any interest adverse to the debtor(s) or the estate, and we are disinterested persons as required by 11 U.S.C §327(a).

FURTHER AFFIANT SAYETH NAUGHT.

_____
SUSAN D. LASKY, ESQ.

Sworn to and Subscribed before me this
____ day of _June_____, 2016

My commission expires:
_____
Notary Public, State of Florida

JESSICA RUSSELL
MY COMMISSION # FF 070579
EXPIRES: November 27, 2017
Bonded Thru Notary Public Underwriters

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 16-17620-EPK<br>Southern District of Florida<br>West Palm Beach<br>Tue Jun 14 10:58:59 EDT 2016 | Bank of America, N.A.<br>c/o Frenkel Lambert et al<br>One East Broward Blvd., Suite 1430<br>Fort Lauderdale, FL 33301-1806 | Palm Beach County Tax Collector<br>c/o Orfelia M Mayor Esq<br>POB 3715<br>West Palm Beach, FL 33402-3715 |
| Wachtel Missry LLP<br>c/o Ciardi Ciardi & Astin<br>2005 Market Street<br>One Commerce Square<br>Suite 3500<br>Philadelphia, PA 19103-1415 | AMCA<br>POB 1235<br>Elmsford, NY 10523-0935 | Aderson Tobin<br>One Galleria Tower<br>Suite 1900<br>Dallas, TX 75240 |
| America Express<br>POB 297871<br>Fort Lauderdale, FL 33329-7871 | American Express<br>POB 297871<br>Fort Lauderdale, FL 33329-7871 | Bank Of America<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063-6712 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America<br>c/o Meyner & Landis LLP<br>One Gateway Center, Suite 2500<br>Newark, NJ 07102-5323 | Barry Miles Belgorod MD PC<br>115 East 61st St<br>New York, NY 10065-8183 |
| Boyes Farina & Matwiczyk<br>3300 PGA Blvd<br>Suite 600<br>Palm Beach Gardens, FL 33410-2811 | Brody & Associates<br>19495 Biscayne Blvd.<br>Miami, FL 33180-2320 | Cach, Llc<br>4340 S Monaco St Unit 2<br>Denver, CO 80237-3581 |
| Caine, Marc<br>1600 Steward Ave<br>Suite 601<br>Westbury, NY 11590-6663 | Caliber Home Loans Inc<br>PO BOX 24610<br>Oklahoma City, OK 73124-0610 | Capital Management Services,LP<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206-2317 |
| Chase<br>Bank Customer Svc Center<br>POB 659732<br>San Antonio, TX 78265-9732 | Community National Bank<br>c/o Jaspan Schlesinger LLP<br>300 Garden City Plaza<br>Garden City, NY 11530-3302 | Corporate Creations<br>11380 Prosperity Farmns Road #221 E<br>Palm Beach Gardens, FL 33410-3465 |
| David Becker MD<br>205 69th St.<br>New York, NY 10021-5431 | Davidoff<br>605 3rd Ave<br>New York, NY 10158-0098 | Diabetes Research Restitution<br>c/o Edelson & Rezzo<br>402 West Browadway, Suite 2700<br>San Diego, CA 92101-8580 |
| Florence Comite, MD<br>55 East 86th Street<br>New York, NY 10028-1059 | Frank Carollo & Company PA<br>18 West Carver St<br>Suite One<br>Huntington, NY 11743-3381 | GSG 2 LLC<br>17 E Monroe St., Ste 158<br>Chicago, IL 60603-5608 |
| Greenberg Law Group PA<br>Suite 200<br>2883 Executive Park Dr<br>Fort Lauderdale, FL 33331-3662 | Greenberg Traurig<br>300 West 6th Street<br>Suite 2050<br>Austin, TX 78701-4236 | Guardhill Financial Corp<br>c/o Caliber Home Loans<br>PO Box 9081<br>Temecula, CA 92589-9081 |

| | | |
|---|---|---|
| Harry Steinmetz<br>c/o Friedman LLP<br>1700 Browadway #23<br>New York, NY 10019-5905 | Harvey Katz Trust<br>5441 Steeple Chase<br>Boca Raton, FL 33496-2425 | Hertz Processing<br>POB 13270 h-2<br>Scottsdale, AZ 85267-3270 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>7850 SW 6th Ct. Stop 5730<br>Fort Lauderdale, FL 33324-3210 | JP Morgan Chase Legal Dept<br>POB 9622<br>Deerfield Beach, FL 33442-9622 |
| JP Morgan Chase- Legal Dept<br>1191 E Newport Center Dr<br>Suite 101<br>Deerfield Beach, FL 33442-7736 | Katz, Barabara<br>5441 Steeple Chase<br>Boca Raton, FL 33496-2425 | Life Time Fitness<br>2902 Corporate Place<br>Chanhassen, MN 55317-4773 |
| Lori Katz<br>269-10 Grand Central Pkwy #5C<br>Floral Park, NY 11005-1005 | Marc S. Zimbler MD<br>990 5th Ave<br>New York, NY 10075-0141 | McCool Smith<br>One Bryanbt Park<br>New York, NY 10036-6728 |
| Merrill Lynch<br>POB 7247-0209<br>Philadelphia, PA 19170-0209 | Meyner & Landis LLP<br>One Gateway Center<br>Suite 250<br>Newark, NJ 07102-5396 | Michael Aquino<br>POB 258<br>Albertson, NY 11507-0258 |
| Mutter, Frederick C.<br>14th Floor<br>33 Maiden Lane<br>New York, NY 10038-5103 | NYS Assessment Receivables<br>PO Box 4127<br>Binghamton, NY 13902-4127 | NYS Dept of Taxation and Finance<br>Bankruptcy Section<br>POB 5300<br>Albany, NY 12205-0300 |
| NYS Dept of Taxation and Finance<br>Civil Enforcement Division<br>WA Harrimancampus<br>Albany, NY 12227-0841 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Phil McConkey<br>1856 Viking Way<br>La Jolla, CA 92037-3354 |
| State of New York<br>240 Old Country Rd<br>Mineola, NY 11501-4255 | Sunrise Credit Service<br>234 Airport Plaza Blvd S<br>Farmingdale, NY 11735-3938 | Superior Moving and Storage<br>2055 Blount Road<br>Pompano Beach, FL 33069-5110 |
| Tal August<br>8 Wheatley Ave<br>Albertson, NY 11507-1515 | Town Car International<br>36-36 33 St., Suite 308<br>Astoria, NY 11106-2329 | Trans Continental Collection Corp<br>POB 5055<br>White Plains, NY 10602-5055 |
| Watchel Missry<br>885 2nd Ave<br>New York, NY 10017-2201 | Yukon Holdings LLC<br>c/o Jeff Blau<br>60 Columbus Circle<br>New York, NY 10023-5802 | Ronald Katz<br>5441 Steeplechase<br>Boca Raton, FL 33496-2425 |

Susan D. Lasky Esq
915 Middle River Dr
Suite 420
Fort Lauderdale, FL 33304-3561

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | (d)Bank Of America<br>POB 982235<br>El Paso, TX 79998 | IRS<br>POB 21126<br>Philadelphia, PA 19114 |

(d)Internal Revenue Svc
POB 16236
Philadelphia, PA 19114-0236

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients    60
Bypassed recipients     1
Total                  61